ACCEPTED
03-14-00505-CV
3974632
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 6:10:35 PM
JEFFREY D. KYLE
CLERK

Court of Appeals

Third District of Texas

P.O. Box 12547

Austin, TX 78711-2547

January 30, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 6:10:35 PM
JEFFREY D. KYLE
Clerk

RE: Court of Appeals Number:   03-14-005-5-CV

Trial Court Case Number:        253,616-C

Style:   Jerry Hofrock
         v. Judy Hornsby

Court of Appeals:

I have been unable to prepare a brief for my appeal due to the fact that I have not obtained a copy of the trial transcript. I made the request in writing to Bell County twice. After long waits, I received no response. More than a week ago I called the Bell County Justice Center and attempted to seek out the court reporter Ms. Nikki Edwards. The person I spoke with said they had no record of her as a court reporter. I left a message at another court reporter's number. The other reporter called me back a day later and was able to give me Ms. Edwards number. I have not been able to speak directly with her as yet. I understand that the document I originally submitted demonstrating my inability to pay for the transcript might be the reason for this difficulty. I regret being in this situation but do not want to lose my appeal when I should never have been ruled against in the first place, if my attorney had been competent. I am sure I can do something to satisfy the court reporter's need to get paid for her services, if I can have the opportunity to speak with her.

Please do not dismiss my appeal and I promise to pursue this every day until such time as I have managed to obtain a copy of the trial transcript from the court reporter and properly complete the brief for your review. Thank you.

Respectfully,

Jerry Hofrock

1601 Eagle Wing Dr.

Cedar Park, TX 78613

512-266-2822